# APPENDIX A

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case:

| | |
|---|---:|
| Legalink - Deposition of Barry Schiff on 1/13/03 | 732.80 |
| Hunter & Geist, Inc. - deposition of Kenyon Spencer on 4/30/03 | 613.82 |
| Rankin Reporting & Legal Video - deposition of Dean Seward on 6/27/03 ($22.95) and 7/11/03 ($178.45) | 201.40 |
| Rankin Reporting - deposition of Susan Smith on 6/10/02 ($1,116.25), 12/12/02 ($412.35) and 1/7/03 ($230.90) | 1,759.50 |
| Concannon & Jaeger - depositions of Tim Hart on 11/20/02 and Oscar Horan on 11/19/02 | 503.75 |
| Concannon & Jaeger - depositions of C. Brasher on 11/4/02, M. Burdette on 11/4/02 and D. Holtzman on 11/6/02 | 866.15 |
| Concannon & Jaeger - depositions of David Holtzman on 4/17/03 | 219.75 |
| Pohlman Reporting Co. - deposition of David Holtzman on 12/13/02 | 403.80 |
| Concannon & Jaeger - deposition of Bob Pastore on 1/9/03 | 533.35 |
| Beta Court Reporting - deposition of E. Patrick McDermott on 1/6/03 ($875.00), 1/31/03 ($899.40) and 2/21/03 ($530.00) | 2,304.40 |
| Iowa-Illinois Reporting - deposition of Christopher Lavelle on 2/11/03 | 331.15 |
| Merit Court Reporters - deposition of John Darrah on 2/5/03 | 257.85 |
| Merit Court Reporters - depositions of Harry Sophos on 2/6/03 and Robert Kudwa on 2/6/03 | 576.30 |
| Mehler & Hagestrom - deposition of Christopher Bunsey on 2/3/03 | 816.60 |
| Rankin Reporting - deposition of Leroy Grossman on 7/16/02 | 140.10 |
| Pohlman Reporting - Deposition of Ron Kleibocker | 373.45 |
| **TOTAL** | **$10,634.17** |



## Los Angeles

global court reporting • large case specialists
videography • litigation support • trial presentation

818-986-5270      310-837-8700
323-465-3370      Fax 818-783-7310

**Job #:** 030113VJ1
**Job Date:** 01/13/2003
**Order Date:** 01/13/2003
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**



**Invoice #:** 106933
**Inv.Date:** 01/30/2003
**Balance:** $732.80

---

**Bill To:**
Marta Wagner
Air Line Pilots Association
535 Herndon Parkway
Herndon, VA 20170

**Action:** Smith, Susan
     *vs*
American Airlines, Inc. et al.
**Action #:** 401CV01565HEA
**Rep:** VJ1
**Cert:** 9014

| Item | Proceeding/Witness | Description | Units | Price | Amount |
|---|---|---|---|---|---|
| 1 | Barry Schiff | Certified Copy | Pages | $2.60 | $579.80 |
| 2 | | Exhibits | Copies | $0.55 | $33.00 |
| 3 | | Lit Sup Pkg; ASCII/Mini/E-Tript | Day | $35.00 | $35.00 |
| 4 | | E-Transmission or E-Transcript | Session | $25.00 | $25.00 |
| 5 | | Production & Code Compliance | Session | $30.00 | $30.00 |
| 6 | | Next Day Air UPS | Postage | $30.00 | $30.00 |

**Comments:**

We accept Visa, Mastercard and American Express

| | |
|---|---|
| Sub Total | $732.80 |
| Shipping | $0.00 |
| Tax | $0.00 |
| **Total Invoice** | $732.80 |
| Payment | $0.00 |
| **Balance Due** | $732.80 |

**Federal Tax I.D.:** 04-3302306      **Terms:** Net 30 Days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Marta Wagner
Air Line Pilots Association
535 Herndon Parkway
Herndon, VA 20170

**Deliver To:**
Marta Wagner
Air Line Pilots Association
535 Herndon Parkway
Herndon, VA 20170

**Invoice**

**Phone:** (818) 986-5270
**Fax:** (818) 783-7310

Legalink Los Angeles
Remittance Address (Only)
P.O. Box 51227
Los Angeles, CA 90051-5527

**Invoice #:** 106933
**Inv.Date:** 01/30/2003
**Balance:** $732.80
**Job #:** 030113VJ1
**Job Date:** 01/13/2003
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**

# Hunter + Geist, Inc.

**1900 Grant Street**
**Suite 800**
**Denver, CO 80203**

Phone: **(303) 832-5966**   Fax: **(303) 832-9525**

*Job #:* 030430AB
*Job Date:* 04/30/2003
*Order Date:* 04/30/2003
*DB Ref.#:*
*Date of Loss:* / /
*Your File #:*
*Your Client:* ALPA



*Invoice #:*    28681
*Inv.Date:*    05/13/2003
*Balance:*    $0.00

**Bill To:**
Marta Wagner, Esq.
Air Line Pilots Association
535 Herndon Parkway
Herndon, VA 20170

*Action:* **Smith, Susan**
vs
**American Airlines, Inc., et al.**
*Action #:* 4:01CV01565HEA
*Rep:* Angie A. Baca
*Cert:*

| Item/Proceeding/Witness | Description | Amount |
|---|---|---|
| | | $413.10 |
| Kenyon A. Spencer | Copy Transcript Preparation | $25.00 |
| Kenyon A. Spencer | Minitranscript | $175.72 |
| Kenyon A. Spencer | Photocopying of Exhibits | |

| | |
|---|---|
| Sub Total | $613.82 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $613.82 |
| Payment | $613.82 |
| Balance Due | $0.00 |

*Comments:*

Thank You For Your Business!

*Federal Tax I.D.:* 84-0835207

*Terms:* Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.

Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Marta Wagner, Esq.
Air Line Pilots Association
535 Herndon Parkway
Herndon, VA 20170

*Deliver To:*
Marta Wagner, Esq.
Air Line Pilots Association
535 Herndon Parkway
Herndon, VA 20170

# Invoice

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 Grant Street
Suite 800
Denver, CO 80203

*Invoice #:* 28681
*Inv.Date:* 05/13/2003
*Balance:* $0.00
*Job #:* 030430AB
*Job Date:* 04/30/2003
*DB Ref.#:*
*Date of Loss:* / /
*Your File #:*
*Your Client:* ALPA

# Rankin Reporting & Legal Video, Inc.

1015 Locust Street - Suite 911
St. Louis, MO 63101-1329
(314) 231-2202 * (800) 285-2115
(314) 231-7432 FAX

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 7/1/2003 | 97635 |

2003 JUL 14 10000

**BILL TO:**

ALPA
Marta Wagner, Esq.
535 Herndon Parkway
Herndon, VA  20170

| IN RE: | | | ON BEHALF OF: | |
|--------|---|---|---------------|---|
| Susan Smith v. American Airlines, et al. | | | **DEFENDANT** | |
| DESCRIPTION | QTY | RATE | REPORTER | AMOUNT |
| Copy of the transcript of the record of nonappearance of Dean Seward given on 06/27/03 on behalf of the Defendants | 11 | 1.40 | DAT | 15.40 |
| Postage and handling: | | 5.95 | | 5.95 |
| Exhibit Copying Fee: | 8 | 0.20 | | 1.60 |

E.I.N.  43-1590520
Thank you for your business!
Net 30 days

**Total**   GK.   $22.95

*M. Wagner*

# Rankin Reporting & Legal Video, Inc.

1015 Locust Street - Suite 911
St. Louis, MO 63101-1329
(314) 231-2202 * (800) 285-2115
(314) 231-7432 FAX

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 7/14/2003 | 97768 |

**PAST DUE**

**BILL TO:**

ALPA
Marta Wagner, Esq.
535 Herndon Parkway
Herndon, VA 20170

| IN RE: | | | ON BEHALF OF: | |
|--------|--|--|---------------|--|
| Susan Smith v. American Airlines, et al. | | | DEFENDANT | |
| DESCRIPTION | QTY | RATE | REPORTER | AMOUNT |
| Copy of the expedited transcript of the deposition testimony of DEAN SEWARD taken on 07/11/03 on behalf of the Defendant | 93 | 1.65 | HLS | 153.45 |
| Federal Express Charge: | | 25.00 | | 25.00 |

| E.I.N. 43-1590520 Thank you for your business! Net 30 days | **Total** | $178.45 |
|---|---|---|

ok M Wagner



**1015 Locust Street - Suite 911**
**St. Louis, MO 63101-1329**
**(314) 231-2202 * (800) 285-2115**
**(314) 231-7432 FAX**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/17/2002 | 91761 |

**BILL TO:**

ALPA
Marta Wagner, Esq.
535 Herndon Parkway
Herndon, VA 20170

*FILE COPY*

| IN RE: | | | | ON BEHALF OF: | |
|--------|--|--|--|---------------|--|
| SUSAN SMITH V. AMERICAN AIRLINES, INC. ET AL. | | | | ALPA | |
| DESCRIPTION | QTY | RATE | REPORTER | VIDEOGRAPHER | AMOUNT |
| Videography services, first hour, in connection with the video-taped deposition of Susan Smith taken 6-10-02: | | 175.00 | | MSW | 175.00 |
| Remaining hours of videography services: | 3.5 | 75.00 | | | 262.50 |
| Postage and handling: | | 5.95 | | | 5.95 |
| (One set of two original VHS master videocassettes delivered herewith. One set of dub videocassettes will be preserved at Rankin Reporting & Legal Video, Inc. Transcript previously delivered under separate invoice.) | | | | | |

E.I.N. 43-1590520
Thank you for your business!

| | |
|--|--|
| **Total** | $443.45 |



**1015 Locust Street - Suite 911**
**St. Louis, MO 63101-1329**
**(314) 231-2202 * (800) 285-2115**
**(314) 231-7432 FAX**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/14/2002 | 91725 |

**BILL TO:**

**ALPA**
**Marta Wagner, Esq.**
**535 Herndon Parkway**
**Herndon, VA  20170**



| IN RE: | ON BEHALF OF: |
|--------|---------------|
| **SUSAN SMITH V. AMERICAN AIRLINES, INC. ET AL** | **DEFENDANT** |

| DESCRIPTION | QTY | RATE | REPORTER | VIDEOGRAPHER | AMOUNT |
|-------------|-----|------|----------|--------------|--------|
| **Original and one of the videotaped deposition of SUSAN SMITH taken on 06/10/02 on behalf of the Defendant:** | 167 | 3.35 | MAF | | 559.45 |
| **Attendance Fee:** | | 85.00 | | | 85.00 |
| **Exhibit Copying Fee:** | 189 | 0.15 | | | 28.35 |

**E.I.N.  43-1590520**
**Thank You For Your Business!!**

| Total | $672.80 |
|-------|---------|

*Attn: Aggie*
*703-481-2478*

*1015 Locust Street - Suite 911*
*St. Louis, MO 63101-1329*
*(314) 231-2202 * (800) 285-2115*
*(314) 231-7432 FAX*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/20/2002 | 94642 |

**PAID**

BILL TO:

**ALPA**
**Marta Wagner, Esq.**
**535 Herndon Parkway**
**Herndon, VA  20170**

| IN RE: | | | | ON BEHALF OF: | |
|--------|--|--|--|---------------|--|
| Susan Smith v. American Airlines, et al. | | | | **DEFENDANT** | |
| DESCRIPTION | QTY | RATE | REPORTER | VIDEOGRAPHER | AMOUNT |
| Copy of the transcript of the deposition testimony of SUSAN SMITH, VOL. II taken on 12/12/02 on behalf of the Defendant | 221 | 1.45 | JAW | | 320.45 |
| Postage and handling: | | 5.95 | | | 5.95 |

| | Total | $326.40 |
|--|-------|---------|

**E.I.N.  43-1590520**
**Thank you for your business!**
Net 30 days

*1015 Locust Street ~ Suite 911*
*St. Louis, MO 63101-1329*
*(314) 231-2202 * (800) 285-2115*
*(314) 231-7432 FAX*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/16/2002 | 94538 |

**PAID**

BILL TO:

**ALPA**
**Marta Wagner, Esq.**
**535 Herndon Parkway**
**Herndon, VA  20170**

| IN RE: | | | | ON BEHALF OF: | |
|--------|--|--|--|---------------|--|
| **Susan Smith v. American Airlines, et al.** | | | | **Deft. ALPA** | |
| DESCRIPTION | QTY | RATE | REPORTER | VIDEOGRAPHER | AMOUNT |
| **Videography services in connection with the creation of one set of dub VHS videocassettes of the video-taped deposition of Susan Smith taken 12/12/02:** | **2** | **40.00** | | **FAR** | **80.00** |
| **Postage and handling:** | | **5.95** | | | **5.95** |
| **(One set of two dub VHS videocassettes delivered herewith. Transcript will follow under separate invoice.)** | | | | | |

| **E.I.N.  43-1590520** | **Total** | |
|------------------------|-----------|--|
| **Thank you for your business!** | | **$85.95** |
| Net 30 days | | |

*1015 Locust Street - Suite 911*
*St. Louis, MO 63101-1329*
*(314) 231-2202 * (800) 285-2115*
*(314) 231-7432 FAX*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/8/2003 | 94925 |

**PAID**

BILL TO:

**ALPA**
**Marta Wagner, Esq.**
**535 Herndon Parkway**
**Herndon, VA  20170**

| IN RE: | | | | ON BEHALF OF: | |
|--------|--|--|--|---------------|--|
| **Susan Smith v. American Airlines, et al.** | | | | **Defendant ALPA** | |
| DESCRIPTION | QTY | RATE | REPORTER | VIDEOGRAPHER | AMOUNT |
| **Videography services in connection with the creation of one dub VHS videocassette of the video-taped deposition of Susan Smith taken 1/7/03:** | | 40.00 | | FAR | 40.00 |
| **Postage and handling:** | | 5.95 | | | 5.95 |
| **(One dub videocassette delivered herewith.  Transcript will follow under separate invoice.)** | | | | | |

| **E.I.N.  43-1590520** | **Total** | **$45.95** |
|------------------------|-----------|------------|
| **Thank you for your business!** | | |
| Net 30 days | | |

*1015 Locust Street – Suite 911*
*St. Louis, MO 63101-1329*
*(314) 231-2202 * (800) 285-2115*
*(314) 231-7432 FAX*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 1/15/2003 | 95065 |

**PAID**

BILL TO:

**ALPA**
**Marta Wagner, Esq.**
**535 Herndon Parkway**
**Herndon, VA  20170**

| IN RE: | | | | ON BEHALF OF: | |
|--------|--|--|--|---------------|--|
| **Susan Smith v. American Airlines, et al.** | | | | **DEFENDANT** | |
| DESCRIPTION | QTY | RATE | REPORTER | VIDEOGRAPHER | AMOUNT |
| **Copy of the videotaped deposition of SUSAN SMITH, VOL. III taken on 01/07/03 on behalf of the Defendant** | 90 | 1.45 | JAW | | 130.50 |
| **Postage and handling:** | | 8.45 | | | 8.45 |
| **Exhibit Copying Fee:** | 230 | 0.20 | | | 46.00 |

E.I.N.  43-1590520
Thank you for your business!
Net 30 days

| | **Total** | $184.95 |
|--|-----------|---------|

# *Concannon & Jaeger*

### General Court Reporters

705 Olive Street • Suite 604
St. Louis, Missouri 63101



Telephone
(314) 421-1000
Facsimile
(314) 421-0465

Marta Wagner
Legal Department
Air Line Pilots Assication, Int'l
535 Herndon Parkway
Herndon, VA   20170

Invoice #
8847

| Inv. Date | Client | Claim No. |
|---|---|---|
| 12/04/2002 | 6322 | 4:01CV01565SNL |

Re: Smith, Susan          Vs.   American Airlines, et al.
Assignment Date: November 19, 2002     Client Ref. #: BSO

Deposition of Oscar Horan (98) and Tim Hart (252)

| | | | | |
|---|---|---|---|---|
| Copy of Transcript | 350.0 | Pages @ | 1.25 | 437.50 |
| Ascii Disk | | | | 5.00 |
| Condensed Transcript | | | | 50.00 |
| Postage and Handling | | | | 11.25 |

==========

Total Amount $   503.75  ok

*M. Wagner*

Taken 11/19/02 and 11/20/02

Thank you!



# *Concannon & Jaeger*

## General Court Reporters

705 Olive Street • Suite 604
St. Louis, Missouri 63101

Telephone
(314) 421-1000
Facsimile
(314) 421-0465

Marta Wagner
Legal Department                q
Air Line Pilots Assication, Int'l
535 Hrendon Parkway
Herndon, VA  20170

Invoice #
8718

. Inv. Date     Client     Claim No.
11/24/2002     6322     4:01CV01565SNL

Re: Smith, Susan          Vs.   American Airlines, et al.
Assignment Date: November 04, 2002     Client Ref. #: BSO


Deposition of C. Brasher, M. Burdette, D. Holtzman

Copy of Transcript        574.0  Pages @    1.35        774.90
Condensed Transcript                                     75.00
Postage and Handling                                     16.25
                                                    ===========
                        Total Amount $         866.15   ok

                                                *M. Wagner*

C. Brasher (190)
Mark Burdette (122)
D. Holtzman (262)
UPS

Thank you!

                  Due Upon Receipt

# Concannon & Jaeger

### General Court Reporters

John T. Concannon
Dennis J. Jaeger
Mark D. Concannon

705 Olive Street - Suite 604
St. Louis, MO 63101

Telephone (314) 421-1000
Facsimile (314) 421-0465
Email mail@c-jreporters.com

Marta Wagner
Legal Department
Air Line Pilots Association, Int'l
535 Herndon Parkway
Herndon, VA  20170

Invoice #
9066

Inv. Date   Client   Claim No.
01/04/2003   6322   4:01CV01565SNL

Re: Smith, Susan          Vs.   American Airlines, et al.
Assignment Date: December 13, 2002   Client Ref. #: BSO

Deposition of David Holtzman (continuation)

| | | | |
|---|---|---|---|
| Copy of Transcript | 141.0 Pages @ | 1.25 | 176.25 |
| Ascii Disk | | | 5.00 |
| Condensed Transcript | | | 25.00 |
| Postage and Handling | | | 13.50 |

Total Amount $   219.75

Thank you!                                        ok

Due Upon Receipt                     *M. Wagner*

Concannon & Jaeger
Federal Tax Id#: 43-1249978
REFER TO OUR INV. # ON PAYMENT

Pohlman Reporting Company
One Metropolitan Square, Suite 2040
St. Louis, MO 63102
(314) 421-0099  Fax  (314) 421-1115

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 90173 | 05/12/2003 | 01-14113 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/17/2003 | PASZSA | 4:01CV01565HE |
| **CASE CAPTION** | | |
| Susan Smith vs American Airlines, Inc. et al., | | |
| **TERMS** | | |
| Due upon receipt | | |

Marta Wagner
Airline Pilots Association
Legal Department
535 Herndon Parkway
Herndon, VA 20170

```
TRANSCRIPT COPY OF:
   David Holtzman                         270 Pages            364.50
               Scrunch & ASCII                                  25.00
               Handling & Delivery                               8.00
               Exhibits ***              42.00 Pages             6.30
                                                    _____
                                      TOTAL  DUE   >>>>        403.80

THANK YOU.  WE APPRECIATE YOUR BUSINESS                  OK M. Wagner
```

TAX ID NO.: 37-1302924

*Please detach bottom portion and return with payment.*

Marta Wagner
Airline Pilots Association
Legal Department
535 Herndon Parkway
Herndon, VA 20170

```
Invoice No.:  90173
Date      :  05/12/2003
TOTAL DUE  :     403.80


Job No.   :  01-14113
Case No.  :  4:01CV01565HEA
Susan Smith vs American Airlines, Inc
```

Remit To:    **Pohlman Reporting Company**
             **One Metropolitan Square, Suite 2040**
             **St. Louis, MO 63102**

# Concannon & Jaeger

General Court Reporters
705 Olive Street - Suite 604
St. Louis, MO 63101

John T. Concannon
Dennis J. Jaeger
Mark D. Concannon

Telephone (314) 421-1000
Facsimile (314) 421-0465
Email mail@c-jreporters.com

000014 JAN 24 '03

Marta Wagner
Legal Department
Air Line Pilots Association, Int'l
535 Herndon Parkway
Herndon, VA  20170

Invoice #
9240

| Inv. Date | Client | Claim No. |
|-----------|--------|-----------|
| 01/21/2003 | 6322 | 4:01CV01565SNL |

Re: Smith, Susan        Vs.   American Airlines, et al.
Assignment Date: January 09, 2003     Client Ref. #: JJ

Deposition of Robert Pastore

| | | | | |
|---|---|---|---|---|
| Copy of Transcript | 338.0 Pages @ | 1.45 | 490.10 |
| Ascii Disk | | | 5.00 |
| Condensed Transcript | | | 25.00 |
| Postage and Handling | | | 13.25 |

Total Amount $      533.35

ok M. Wagner

UPS

Thank you!

Due Upon Receipt

Concannon & Jaeger
Federal Tax Id#: 43-1249978
REFER TO OUR INV. # ON PAYMENT



910 17TH STREET, NW, SUITE 200
WASHINGTON, DC 20006

P 202.638.2400
F 202.833.3030

Job #: 030106JL
Job Date: 01/06/2003
Order Date: 01/06/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



**Invoice #:** 50178
**Inv.Date:** 01/25/200
**Balance:** $875.00

| | |
|---|---|
| **Bill To:**<br>Clay Warner, Esq<br>Air Line Pilots Association, Intl<br>535 Herndon Parkway<br>Herndon, VA 20170 | **Action:** Smith, Susan<br>vs<br>American Airlines<br>**Action #:** 01-C-1565<br>**Rep:** JL<br>**Cert:** |

| Item | Proceeding/Witness | Description |
|---|---|---|
| 1 | E. Patrick McDermott | Transcript |
| 2 | E. Patrick McDermott | Condensed Transcript & Formatted |
| 3 | E. Patrick McDermott | Exhibits |
| 4 | | Shipping/Handling |

ok/cw
Smith v AA –

**Comments:**

| | |
|---|---|
| Sub Total | $875.00 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $875.00 |
| Payment | $0.00 |
| **Balance Due** | $875.00 |

Federal Tax I.D.: 54-1714655   **Terms:** Net 30 Days @ 1.0%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

---

**Bill To:**
Clay Warner, Esq
Air Line Pilots Association, Intl
535 Herndon Parkway
Herndon, VA 20170

**Deliver To:**
Clay Warner, Esq
Air Line Pilots Association, Intl
535 Herndon Parkway
Herndon, VA 20170

**Invoice #:** 50178
**Inv.Date:** 01/25/2003
**Balance:** $875.00
**Job #:** 030106JL
**Job Date:** 01/06/2003
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:**



910 17TH STREET, NW, SUITE 200
WASHINGTON, DC 20006
info@betareporting.com   betareporting.com



**Beta**
COURT REPORTING

910 17TH STREET, NW, SUITE 200
WASHINGTON, DC 20006

P 202.638.2400
F 202.833.3030

Job #: 030131MV
Job Date: 01/31/2003
Order Date: 01/31/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



| | |
|---|---|
| **Invoice #:** | 50470 |
| **Inv.Date:** | 02/06/2003 |
| **Balance:** | $899.40 |

**Bill To:**
Clay Warner, Esq
Air Line Pilots Association, Intl
535 Herndon Parkway
Herndon, VA 20170

Action: **Smith, Susan**
*vs*
**American Airlines**
Action #: **01-C-1565**
Rep: **MV**
Cert:

| Item | Proceeding/Witness | Description |
|---|---|---|
| 1 | E Patrick McDermott | Transcript |
| 2 | E Patrick McDermott | Condensed Transcript & Formatted |
| 3 | | Exhibits |
| 4 | | Shipping/Handling |

OK/cw
Smith v American, et al.

**Comments:**

| | |
|---|---|
| Sub Total | $899.40 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $899.40 |
| Payment | $0.00 |
| **Balance Due** | $899.40 |

Federal Tax I.D.: 54-1714655    Terms: Net 30 Days @ 1.0%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Clay Warner, Esq
Air Line Pilots Association, Intl
535 Herndon Parkway
Herndon, VA 20170

**Deliver To:**
Clay Warner, Esq
Air Line Pilots Association, Intl
535 Herndon Parkway
Herndon, VA 20170


**Invoice**

**Beta**
COURT REPORTING

910 17TH STREET, NW, SUITE 200
WASHINGTON, DC 20006
info@betareporting.com    betareporting.com

| | |
|---|---|
| **Invoice #:** | 50470 |
| **Inv.Date:** | 02/06/2003 |
| **Balance:** | $899.40 |
| Job #: | 030131MV |
| Job Date: | 01/31/2003 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |



910 17TH STREET, NW, SUITE 200
WASHINGTON, DC 20006

P 202.638.2400
F 202.833.3030

Job #: 030221RJ
Job Date: 02/21/2003
Order Date: 02/21/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 50770
Inv.Date: 03/09/2003
Balance: $530.00

**Bill To:**
Clay Warner, Esq
Air Line Pilots Association, Intl
535 Herndon Parkway
Herndon, VA 20170

Action: **Smith, Susan**
vs
**American Airlines**
Action #: **01-C-1565**
Rep: **RJ**
Cert:

| Item | Proceeding/Witness | Description | |
|------|--------------------|-------------|---|
| | Patrick E. McDermott | Transcript | |
| | Patrick E. McDermott | Condensed Transcript & Formatted | |
| | | Shipping/Handling | |

ok/cw

000014 MAR 12 '03

**Comments:**

| | | |
|---|---|---|
| Sub Total | | $530.00 |
| Shipping | | $0.00 |
| Tax | | N/A |
| **Total Invoice** | | $530.00 |
| Payment | | $0.00 |
| **Balance Due** | | $530.00 |

Federal Tax I.D.: 54-1714655    Terms: Net 30 Days @ 1.0%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Clay Warner, Esq
Air Line Pilots Association, Intl
535 Herndon Parkway
Herndon, VA 20170

**Deliver To:**
Clay Warner, Esq
Air Line Pilots Association, Intl
535 Herndon Parkway
Herndon, VA 20170

## Invoice

Invoice #: 50770
Inv.Date: 03/09/2003
Balance: $530.00
Job #: 030221RJ
Job Date: 02/21/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:



910 17TH STREET, NW, SUITE 200
WASHINGTON, DC 20006
info@betareporting.com    betareporting.com

# IOWA-ILLINOIS REPORTING

### Certified Shorthand Reporters
### Registered Merit Reporters

P.O. Box 1123
Moline, IL 61266

(309)787-8125 & 8129
FAX: (309)787-8146

---

**TO:** MARTA WAGNER
Airline Pilots Assn. Int'l.
535 Herndon Parkway
Herndon, VA 20170

**DATE:** February 21, 2003

**INVOICE NO:** F03-9610

---

**IN RE:** Smith -v- American Airlines, et al; #4:01CV01565SNL (03031)

Videotaped deposition taken of Christopher Lavelle on 2-11-03.

| | | |
|---|---|---|
| **ORIGINAL** of -- pages | - $ | |
| **COPY** of 240 pages | - $ | 312.00 |
| Reporting/Appearance | - $ | *19.15* |
| Postage (C.O.D.) | - $ | N/C |
| Condensed/Indexing | | |
| TOTAL | - $ | *331.15* |

---

**NOTE:** Transcript(s) previously delivered to your office.
PLEASE RETURN COLORED COPY OF INVOICE WITH PAYMENT.

---

Please make check payable to
VICTORIA FICKEL

Tax ID No. 36-3634424

# Merit Court Reporters

Suite 600
309 West 7th Street
Fort Worth, TX 76102

Phone: (817) 336-3042     Fax: (817) 335-1203

Job #: 030205CHG
Job Date: 02/05/2003
Order Date: 02/05/2003
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

## Invoice

Invoice #:     43405
Inv. Date:   02/28/2003
Balance:    $257.85

**Bill To:**
Marta Wagner, ESQ
Air Line Pilots Association
Legal Department
353 Herndon Parkway
Herndon, VA 20170

Action: **Smith, Susan**
vs
**American Airlines**
Action #: 4:01CV01565HEA
Rep: CHG
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| | John Darrah | Copy of Proceedings | $212.85 |
| | John Darrah | E-Transcript Charges | $15.00 |
| | John  Darrah | ASCII Diskette | $15.00 |
| | John Darrah | Condensed Transcript | $15.00 |

**Comments:**

| | |
|---|---|
| Sub Total | $257.85 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $257.85 |
| Payment | $0.00 |
| Balance Due | $257.85 |

Federal Tax I.D.: 75-2138679          Terms: Please Remit Upon Receipt

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

*OK*
*M. Wagner*

---

**Bill To:**
Marta Wagner, ESQ
Air Line Pilots Association
Legal Department
353 Herndon Parkway
Herndon, VA 20170

**Deliver To:**
Marta Wagner, ESQ
Air Line Pilots Association
Legal Department
353 Herndon Parkway
Herndon, VA 20170

## Invoice

Phone: (817) 336-3042
Fax: (817) 335-1203

Merit Court Reporters
Suite 600
309 West 7th Street
Fort Worth, TX 76102

Invoice #:     43405
Inv. Date:   02/28/2003
Balance:    $257.85
Job #: 030205CHG
Job Date: 02/05/2003
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Merit Court Reporters

Suite 600
309 West 7th Street
Fort Worth, TX 76102
Phone: (817) 336-3042     Fax: (817) 335-1203

Job #: 030206CHG
Job Date: 02/06/2003
Order Date: 02/06/2003
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:



Invoice #:     43409
Inv.Date:    02/28/2003
Balance:     $576.30

**Bill To:**
Marta Wagner, ESQ
Air Line Pilots Association
Legal Department
353 Herndon Parkway
Herndon, VA 20170

Action:  **Smith, Susan**
             *VS*
         **American Airlines**
Action #:  4:01CV01565HEA
Rep:  CHG
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Harry Sophos | Copy of Proceedings | $141.30 |
| 2 | Harry  Sophos | E-Transcript Charges | $15.00 |
| 3 | Harry Sophos | ASCII Diskette | $15.00 |
| 4 | Harry Sophos | Condensed Transcript | $15.00 |
| 5 | Robert Kudwa | Copy of Proceedings | $345.00 |
| 6 | Robert  Kudwa | E-Transcript Charges | $15.00 |
| 7 | Robert Kudwa | ASCII Diskette | $15.00 |
| 8 | Robert Kudwa | Condensed Transcript | $15.00 |

**Comments:**

| | |
|---|---|
| Sub Total | $576.30 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $576.30 |
| Payment | $0.00 |
| **Balance Due** | $576.30 |

Federal Tax I.D.: 75-2138679     Terms: **Please Remit Upon Receipt**

Please *KEEP THIS PART for YOUR RECORDS.*
Please *FOLD* then *TEAR HERE* and *RETURN THIS PART* with *PAYMENT.*

ok,
*M. Wagner*

**Bill To:**
Marta Wagner, ESQ
Air Line Pilots Association
Legal Department
353 Herndon Parkway
Herndon, VA 20170

**Deliver To:**
Marta Wagner, ESQ
Air Line Pilots Association
Legal Department
353 Herndon Parkway
Herndon, VA 20170

# Invoice

Merit Court Reporters
Suite 600
309 West 7th Street
Fort Worth, TX 76102

Phone: (817) 336-3042
Fax: (817) 335-1203

Invoice #:      43409
Inv.Date:    02/28/2003
Balance:     $576.30
Job #: 030206CHG
Job Date: 02/06/2003
DB Ref.#:
Date of Loss:  / /
Your File #:
Your Client:

# Mehler & Hagestrom

**1750 Midland Building**
**101 Prospect Avenue, West**
**Cleveland, OH 44115-1081**

Phone: (216) 621-4984    Fax: (216) 621-0050

Job #: 030203TAM
Job Date: 02/03/2003
Order Date: 02/03/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Air Line Pilots Assoc.



**Invoice #:** 66612
**Inv.Date:** 03/04/2003
**Balance:** $816.60

---

**Bill To:**
**Marta Wagner, Esquire**
**Legal Department Air Line Pilots Association**
**535 Herndon Parkway**
**Herndon, VA 20170**

Action: **Smith, Susan**
vs
**American Airlines, Inc. TWA**
Action #: **USDC4:01CV01565S**
Rep: **TAM**
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Christopher Bunsey (video) | Copy of Transcript | $809.10 |
| 2 | Christopher Bunsey (video) | Postage | $7.50 |

**Comments:**

| | |
|---|---|
| Sub Total | $816.60 |
| Shipping | $0.00 |
| Tax | $0.00 |
| **Total Invoice** | **$816.60** |
| Payment | $0.00 |
| **Balance Due** | $816.60 |

Federal Tax I.D.: 34-1045769     Terms: Net 30 days @ 1.5%

*Please KEEP THIS PART for YOUR RECORDS.*
*Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.*

ok
M. Wagner

---

**Bill To:**
**Marta Wagner, Esquire**
**Legal Department Air Line Pilots Association**
**535 Herndon Parkway**
**Herndon, VA 20170**

**Deliver To:**
**Marta Wagner, Esquire**
**Legal Department Air Line Pilots Association**
**535 Herndon Parkway**
**Herndon, VA 20170**

# Invoice

Phone: (216) 621-4984
Fax: (216) 621-0050

**Mehler & Hagestrom**
**1750 Midland Building**
**101 Prospect Avenue, West**
**Cleveland, OH 44115-1081**

**Invoice #:** 66612
**Inv.Date:** 03/04/2003
**Balance:** $816.60
**Job #:** 030203TAM
**Job Date:** 02/03/2003
**DB Ref.#:**
**Date of Loss:** / /
**Your File #:**
**Your Client:** Air Line Pilots Assoc.

*1015 Locust Street - Suite 911*
*St. Louis, MO 63101-1329*
*(314) 231-2202 * (800) 285-2115*
*(314) 231-7432 FAX*

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/29/2002 | 92351 |

BILL TO:

**PAID**

ALPA
Marta Wagner, Esq.
535 Herndon Parkway
Herndon, VA 20170

IN RE:

SUSAN SMITH V. AMERICAN AIRLINES, INC.
ET AL

ON BEHALF OF:

**AIRLINE PILOTS**

| DESCRIPTION | QTY | RATE | REPORTER | VIDEOGRAPHER | AMOUNT |
|-------------|-----|------|----------|--------------|--------|
| Copy of the transcript of the deposition testimony of LEROY GROSSMAN, PHD taken on 07/16/02 on behalf of the Defendant | 82 | 1.55 | HLS | | 127.10 |
| Postage and handling: | | 5.95 | | | 5.95 |
| Exhibit Copying Fee: | 47 | 0.15 | hls | | 7.05 |

E.I.N.  43-1590520
Thank you for your business!
Net 30 days

| | Total | $140.10 |
|---|-------|---------|

Pohlman Reporting Company
One Metropolitan Square, Suite 2040
St. Louis, MO 63102
(314) 421-0099  Fax (314) 421-1115

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 89703 | 05/01/2003 | 01-14103 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/09/2003 | ORSBBR | 4:01CV01565H |

| CASE CAPTION |
|---|
| Susan Smith vs American Airlines, Inc., et al., |

| TERMS |
|---|
| Due upon receipt |

Marta Wagner
Airline Pilots Association
Legal Department
535 Herndon Parkway
Herndon, VA 20170

```
TRANSCRIPT COPY OF:
   Ronald W. Kleibocker              247 Pages              333.45
        E-Transcript & Scrunch                               30.00
        Handling & Delivery                                  10.00

                                     TOTAL  DUE  >>>>        373.45

THANK YOU.  WE APPRECIATE YOUR BUSINESS.
```

*Paid*

TAX ID NO.:  37-1302924

*Please detach bottom portion and return with payment.*

Marta Wagner
Airline Pilots Association
Legal Department
535 Herndon Parkway
Herndon, VA 20170

```
Invoice No.:  89703
Date       :  05/01/2003
TOTAL DUE  :     373.45


Job No.    :  01-14103
Case No.   :  4:01CV01565HEA
Susan Smith vs American Airlines, In
```

Remit To:    **Pohlman Reporting Company**
             **One Metropolitan Square, Suite 2040**
             **St. Louis, MO 63102**

**APPENDIX B**

Fees for:

      In-house/local counsel costs of copying pleadings filed in the case by
      Defendant Air Line Pilots Association:

      2 copies filed in the Eastern District of Missouri
      3 copies for counsel for Defendant American Airlines, Inc.
            1 copy for Larry M. Bauer
            1 copy for Columbus R. Gangemi and Michael P. Roche
            1 copy for David H. Luce
      1 copy for Plaintiff's counsel
      1 copy for Defendant Air Line Pilots Association
      1 copy for local counsel for Defendant Air Line Pilots Association

      1,155 pages x 8 copies x $.15 per page                      $1,386.00

      In-house costs of copying documents for production in the case by
      Defendant Air Line Pilots Association:
            1 copy for Counsel for Plaintiff
            2 copies for Counsel for American Airlines, Inc.

      1,682 pages x 3 x $.15 per page                           $   756.90

                         **Total**                      **$ 2,142.90**

# APPENDIX C

Witness Fees Paid by Defendant Air Line Pilots Association, Int'l

# Barry Schiff

P. O. Box 66-1039
Los Angeles, CA 90066
Tel: 310-397-3347
email: barryschiff@earthlink.net

**January 13, 2003**

## INVOICE FOR SERVICES RENDERED

### Expert Witness—January, 2003
### Re: Susan Smith vs. American Airlines

Ms. Marta Wagner
Attorney, Legal Department
Air Line Pilots Association
535 Herndon Parkway
Herndon, Virginia 20170

Deposition in Los Angeles on January 13, 2003

| | |
|---|---|
| **TOTAL TIME:** | **5.5 HOURS** |
| **5.5 hours @ $200 per hour** | **$1100.00** |
| Credit for 50% to be paid by the Winston & Strawn | < 550.00 > |
| **TOTAL DUE from ALPA** | OK $550.00 |

*M, Wagner*

Thank you.

# ECONO-TECH

**Technical Expertise in Economics**

P.O. Box 11524 / St. Louis, Mo. 63105

July 26, 2002

Marta Wagner
Legal Department
Air Line Pilots Association
535 Herndon Parkway
Herndon, VA  20170

Re:  Susan Smith v. American Airlines

| | |
|---|---|
| Professional Services (Deposition 7-16-02) | $300 |

Leroy J. Grossman, Ph.D.
(SS# 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)

*OK*
*MWagner*
*7/31/02*

--------------------------------------------------------------------------

Please enclose this portion with your remittance

July 26, 2002

Marta Wagner
Legal Department
Air Line Pilots Association
535 Herndon Parkway
Herndon, VA  20170

Re:  Susan Smith v. American Airlines
Professional Services            $300

*A Specialized Advisory Service to the Legal Profession*

Dr. E. Patrick McDermott

- **Deposition Day One**

Attendance at deposition of January 6, 2003 - 7 hours at $225 = $1,575

Total Amount Due - $1,575

## Divided by ½ - Your Share Due and Payable - $787.50

- **Deposition Day Two:**

Deposition at Winston and Strawn – 7.5 hours  @ $225 per hour = $1,687.50

## Divided by ½ = $843.75

- Deposition Day Three

3.7 hours at $225 per hour = $832.5

## Divided by ½ = $416.25

TOTAL:

YOUR SHARE FOR DAY ONE - $787.50

YOUR SHARE FOR DAY TWO - $843.75

YOUR SHARE FOR DAY THREE - $416.25

## TOTAL AMOUNT DUE AND PAYABLE - $2047.50

*THIS PAYMENT IS NOW DUE*

Please mail payment to:

E. Patrick McDermott
4401 Sturbridge Drive
Salisbury, Md. 21804

Current Invoice Amt. *4743.75*

ANY QUESTIONS – 410-543-6032